United States District Court

Eastern District of California

David Wesley Birrell,

        Plaintiff,   No. Civ. S 04-1576 DFL PAN P

   vs.   Order

Joseph Bick, et al.,

        Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action in forma pauperis and without counsel.  January 20, 2005, the assigned district judge declined to dismiss the Doe defendants and gave plaintiff time to file an amended complaint. March 14, 2005, plaintiff filed a third-amended complaint.

The complaint states cognizable claims for relief against all named defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. Service of process is appropriate upon defendants Joseph Bick, Nadim K. Khoury, R. L. Andreasen, C. Hollis, N. Grannis and Dennis Kearney.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and one copy of the March 14, 2005, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and seven copies of the March 14, 2005, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Joseph Bick, Nadim K. Khoury, R. L. Andreasen, C. Hollis, N. Grannis and Dennis Kearney pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: June 21, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

1
2
3
4
5
6
7
8                     United States District Court
9                    Eastern District of California
10
11
12  David Wesley Birrell,
13          Plaintiff,           No. Civ. S 04-1576 DFL PAN P
14      vs.                      Notice of Submission of Documents
15  Joseph Bick, et al.,
16          Defendants.
17                              -oOo-
18      Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20         __1__     completed summons form
21         __6__     completed forms USM-285
22         __7__     copies of the ___March 14, 2005___
                                      Amended Complaint
23
24  Dated: _____
25                            _____
                                          Plaintiff
26