United States District Court

Eastern District of California

David Wesley Birrell,

       Plaintiff,　　　　　　　　　No. Civ. S 04-1576 DFL PAN P

   vs.　　　　　　　　　　　　　　Order

Joseph Bick, et al.,

       Defendants.

-oOo-

    November 9, 2005, defendants requested leave to file and serve an answer to the amended complaint two days late.  They also filed and served an answer.

    To obtain an extension based on a request filed beyond the time the answer should have been filed he must show excusable neglect.  Fed. R. Civ. P. 6(b).  To determine whether neglect is excusable, I must consider the danger of prejudice to plaintiff, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was

1  within defendants' control, and whether defendants acted in good
2  faith.  <u>Committee for Idaho's High Desert, Inc., v. Yost</u>, 92 F.3d
3  814, 825 & n.4. (9th Cir. 1996).
4      Defendant asserts counsel was on leave from June 1, 2005,
5  until November 2, 2005, and November 6 counsel realized the
6  answer had to be filed November 7.
7      Two days' delay will not prejudice plaintiff or adversely
8  impact these proceedings and the court finds defendant acted in
9  good faith.
10     Defendants' November 9, 2005, request is granted and the
11 answer is accepted as timely filed.
12     So ordered.
13     Dated:  November 22, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge