IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

    Plaintiff,                    No. CIV S-04-1576 DFL EFB P

  vs.

JOSEPH BICK, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested that the court stay this action pending the district judge's resolution of plaintiff's request for reconsideration of the July 20, 2006, order denying his motion to extend the time for discovery.

    A district court has inherent power to control its docket in order to "promote economy of time and effort for itself, for counsel and for litigants." *CMAX, Inc., v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (denying petition for mandamus where district court imposed stay of civil action pending outcome of administrative proceedings). Before entering a stay while a different court resolves a pending matter, the court must consider the following three factors: (1) the possibility that the resultant delay will harm the non-moving party; (2) the possibility that denying a stay

1 will cause hardship or inequity to the moving party; and (3) whether the proceedings will be
2 simplified or complicated as a result of a stay. *See Landis v. North American Co.*, 299 U.S. 248,
3 254-255 (1936).

4     Plaintiff has not demonstrated any likelihood he will succeed on his motion for
5 reconsideration. A stay would not benefit plaintiff or simplify matters for the court, but it would
6 cause delay.

7     Accordingly, it is ORDERED that plaintiff's September 18, 2006, motion to stay these
8 proceedings is denied.

9 Dated:   October 17, 2006.

          */s/ Edmund F. Brennan*
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE