IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

      Plaintiff,                     No. CIV S-04-1576 DFL EFB P

   vs.

JOSEPH BICK, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner, without counsel, seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's September 18, 2006, motion for an extension of time is granted and plaintiff has 30 days from the date this order is served to file an opposition to defendants' motion for summary judgment.

      So ordered.

Dated: October 17, 2006.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE