

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

    Plaintiff,   No. CIV S-04-1576 DFL EFB P

    vs.

JOSEPH BICK, et al.,

    Defendants.   <u>ORDER</u>

                                 /

    Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On October 18, 2006, the court directed defendant Hollis to explain in writing his failure to waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure. Defendant has responded.

    The court must tax the costs of service of process upon a defendant located within the United States who has refused to comply with a request to waive service of process. Fed. R. Civ. P. 4(d)(2). Defendant Hollis explains that he retired from the California Department of Corrections and Rehabilitation in 2003, when he moved to a rural part of Texas. He asserts he never received a request to waive service of process, and if he had, he would have signed it. In support of his allegations, he submits an affidavit and the return service filed by the United States Marshal. That return shows that on February 7, 2006, the Marshal Service learned of Hollis'

1  retirement. It further shows that on March 8, 2006, the Marshal Service decided utilize personal
2  service.
3      It appears from defendant's filings that the Marshal Service did not mail a request for
4  waiver of service to defendant Hollis in Texas and he therefore did not have the opportunity to
5  elect waiver of personal service of process.
6      Accordingly, it is ORDERED that the October 18, 2006, order to show cause is vacated.
7  Dated:   November 8, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE