IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

     Plaintiff,    No. CIV S-04-1576 DFL EFB P

  vs.

JOSEPH BICK, et al.,

     Defendants.    <u>ORDER</u>

_____/

     Plaintiff is a state prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. The April 10, 2006, scheduling order set the following dates: plaintiff had until December 1, 2006, to file a pretrial statement; defendants have until December 15, 2006, to file a pretrial statement; the pretrial conference is set for December 22, 2006; and trial is set for March 12, 2007. This case is not ready for a final pretrial conference. Defendants have filed a motion for summary judgment, which plaintiff has yet to oppose. Resolution of the motion may or may not dispose of the case without trial, or may significantly alter the issues to be addressed and the number of witnesses and exhibits presented at trial. For that reason, the court finds that the parties cannot, despite diligence, comply with this pretrial schedule.

////

////

1  Accordingly, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). If necessary, new
2  dates will be set upon resolution of the pending motion.
3  So ordered.
4  Dated: December 11, 2006.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE