IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

    Plaintiff,        No. CIV S-04-1576 DFL EFB P

    vs.

JOSEPH BICK, et al.,

    Defendants.      <u>ORDER</u>

_____/

        On October 27, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 18, 2006, denying plaintiff's request to stay these proceedings. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 18, 2006, is affirmed.

DATED:   December 12, 2006

                                       /s/ David F. Levi
                                     UNITED STATES DISTRICT JUDGE