IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,

    Plaintiff,                    No. CIV S-04-1576 DFL EFB P

    vs.

JOSEPH BICK, et al.,

    Defendants.              <u>ORDER</u>

                                /

          On August 8, 2006, plaintiff filed a document entitled "Motion to Set Aside and Relieve Plaintiff from this Court's Order Denying Plaintiff's Motion for Extension of the Cutoff Date for Discovery . . .," which the court construes as a request for reconsideration of the magistrate judge's order filed July 20, 2006.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

          Therefore, IT IS HEREBY ORDERED that, plaintiff's August 8, 2006, motion is construed as a motion for reconsideration, and so construed, is denied.  The order of the magistrate judge filed July 20, 2006, is affirmed.

DATED:  March 29, 2007

                                                 /s/ David F. Levi
                                                 UNITED STATES DISTRICT JUDGE